IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOGAN BRAINERD                                                                                     PLAINTIFF

v.                                        Case No. 4:24-cv-04108

SHERIFF CHAD WARD,
*et. al.*                                                                                  DEFENDANTS

**<u>ORDER</u>**

Before the Court is a Report and Recommendation filed November 14, 2024, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends that Plaintiff's Complaint (ECF No. 1) be dismissed with prejudice. Judge Bryant further recommends that, because this is Plaintiff's fourth nearly identical case filing, Plaintiff be barred from filing further cases in this District without first submitting the required filing fee at the time of the submission of the proposed complaint.[1]

Plaintiff has not responded to the Report and Recommendation, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, finding no clear error on the face of the record and that Judge Bryant's reasoning is sound, the Court adopts the Report and Recommendation (ECF No. 5) *in toto*. Accordingly, Plaintiff's Complaint (ECF No. 1) is hereby **DISMISSED WITH PREJUDICE**. Further, going forward, Plaintiff is barred from filing further cases in this District unless he submits the required filing fee at the time of the submission of the proposed complaint.

**IT IS SO ORDERED**, this 10th day of January, 2025.

                                                                   /s/ Susan O. Hickey
                                                                   Susan O. Hickey
                                                                   Chief United States District Judge

---

[1] Plaintiff has filed three previous cases in this District, *Brainerd v. Sheriff Chad Ward, et al.*, No. 4:23-cv-4066, *Brainerd v. Sheriff Chad Ward, et al.*, No. 4:23-cv-4067, and *Brainerd v. Sheriff Chad Ward, et al.*, No. 4:24-cv-4081, all of which contain similar defendants and allegations. (ECF No. 5, at 2). After dismissal of the first two cases, Plaintiff appealed to the Eighth Circuit which affirmed the dismissal of both cases. *See*, *Brainerd v. Ward*, 2024 WL 3491251 (8th Cir. Feb. 15, 2024) (not reported) and *Brainerd v. Ward*, 2024 WL 3530145 (8th Cir. Feb. 15, 2024) (not reported). (ECF No. 5, at 2).